UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: MINNIS, JAMES A. § | Case No. 09-22335 |
| MINNIS, HELEN M. § | |
| § | |
| Debtor(s) § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 06/24/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 05/18/2011          By: /s/ Michael G. Berland
                                          Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: MINNIS, JAMES A. § Case No. 09-22335
MINNIS, HELEN M. §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 107,323.88 |
| *and approved disbursements of* | $ 3,918.00 |
| *leaving a balance on hand of* [1] | $ 103,405.88 |
| **Balance on hand:** | $ 103,405.88 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 103,405.88 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 8,616.07 | 0.00 | 8,616.07 |
| Trustee, Expenses - MICHAEL G. BERLAND | 80.00 | 0.00 | 80.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 8,696.07 |
| Remaining balance: | $ 94,709.81 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 94,709.81

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 94,709.81

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 100,480.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 94.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2U | Chase Equipment Leasing, Inc. | 39,520.74 | 0.00 | 37,250.03 |
| 3 | JPMorgan Chase Bank, N.A. | 60,959.76 | 0.00 | 57,457.24 |

Total to be paid for timely general unsecured claims: $ 94,707.27
Remaining balance: $ 2.54

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 2.54

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 2.54

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 09-22335
Case Name: MINNIS, JAMES A.
 MINNIS, HELEN M.
Period Ending: 04/27/11

Trustee: (520196) MICHAEL G. BERLAND
Filed (f) or Converted (c): 06/19/09 (f)
§341(a) Meeting Date: 08/17/09
Claims Bar Date: 12/31/09

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 14 Shore Court, Oswego, Illinois-scheduled | 150,000.00 | 0.00 | | 0.00 | FA |
| 2 | 7 N. Jessie, Joliet-scheduled  The Trustee determined there was not sufficient equity to sell this property | 145,000.00 | 0.00 | | 0.00 | 0.00 |
| 3 | Money market Earthmovers-scheduled | 4,192.78 | 0.00 | | 0.00 | FA |
| 4 | Savings Earthmvoers-scheduled | 3,062.36 | 0.00 | | 0.00 | FA |
| 5 | Earthmovers-scheduled  Husband's pension money. | 16,518.03 | 0.00 | | 0.00 | FA |
| 6 | Debtor's savings-scheduled | 25.51 | 0.00 | | 0.00 | FA |
| 7 | Earthmovers-money market-scheduled  Deposit of pension checks | 3,086.63 | 0.00 | | 0.00 | FA |
| 8 | Household goods-scheduled | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | Independent Order of Foresters insurance-schedu | 55,000.00 | Unknown | | 53,443.04 | FA |
| 10 | Independent Order of Foresters-schedul | 55,000.00 | Unknown | | 53,819.67 | FA |
| 11 | Morgan Stanley retirement-scheduled | 44,301.00 | 0.00 | | 0.00 | FA |
| 12 | Morgan Stnley IRA-sechedulled | 63,426.00 | 0.00 | | 0.00 | FA |
| 13 | Bell labs pensionscheduled | 949.96 | 0.00 | | 0.00 | FA |
| 14 | Caterpillar pension-scheduled | 997.76 | 0.00 | | 0.00 | FA |
| 15 | Morgan Stanley retirement-scheduled | 175,049.00 | 0.00 | | 0.00 | FA |
| 16 | Potential cause of action JP Morgan Chase-sched | Unknown | 0.00 | | 0.00 | 0.00 |
| 17 | Cause of action John Ruddy-scheduled | Unknown | 0.00 | DA | 0.00 | FA |
| 18 | 2002 Ford Excursion-scheduled | 5,000.00 | 0.00 | | 0.00 | FA |
| 19 | 1996 ford pick up-scheduled | 2,000.00 | 0.00 | | 0.00 | FA |
| 20 | 1973 Ford Mustang-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 21 | 1973 Ford Maverick-scheduled | 250.00 | 0.00 | | 0.00 | FA |
| 22 | 1999 trailer-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 23 | Tools and equipment-scheduled | 1,500.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 58.63 | Unknown |

Printed: 04/27/2011 04:07 PM  V.12.56

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-22335
**Case Name:** MINNIS, JAMES A.
MINNIS, HELEN M.
**Period Ending:** 04/27/11

**Trustee:** (520196) MICHAEL G. BERLAND
**Filed (f) or Converted (c):** 06/19/09 (f)
**§341(a) Meeting Date:** 08/17/09
**Claims Bar Date:** 12/31/09

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 24 | Assets Totals (Excluding unknown values) | $728,359.03 | $0.00 | | $107,321.34 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee hired special counsel to prosecute certain appeals, but the appeals were unsuccessful. The Trustee determined that certian real estate could not be sold after employing a broker. The Trustee liquidated certain insurance policies and filed tax returns.

**Initial Projected Date Of Final Report (TFR):** December 31, 2013       **Current Projected Date Of Final Report (TFR):** December 31, 2013

Printed: 04/27/2011 04:07 PM    V.12.56

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-22335 | | Trustee: | MICHAEL G. BERLAND (520196) |
| Case Name: | MINNIS, JAMES A. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MINNIS, HELEN M. | | Account: | **-****79-65 - Money Market Account |
| Taxpayer ID #: | **-****5944 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/27/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>(Ref #) /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/14/10 | {9} | Foresters | Payment from insurance policy | 1129-000 | 53,443.04 | | 53,443.04 |
| 01/14/10 | {10} | Foesters | Payment from liquidation of insurance policy | 1129-000 | 53,819.67 | | 107,262.71 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.60 | | 107,264.31 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.08 | | 107,268.39 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.81 | | 107,273.20 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.72 | | 107,273.92 |
| 04/06/10 | | Wire out to BNYM account 9200******7965 | Wire out to BNYM account 9200******7965 | 9999-000 | -107,273.92 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | | -107,273.92 | 0.00 | |
| Subtotal | | 107,273.92 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $107,273.92 | $0.00 | |

() Asset reference(s)

Printed: 04/27/2011 04:07 PM   V.12.56

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| Case Number: | 09-22335 | | Trustee: | MICHAEL G. BERLAND (520196) |
| Case Name: | MINNIS, JAMES A. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MINNIS, HELEN M. | | Account: | ***-*****79-66 - Checking Account |
| Taxpayer ID #: | **-***5944 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/27/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

() Asset reference(s)

Printed: 04/27/2011 04:07 PM    V.12.56

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-22335 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | MINNIS, JAMES A. | | Bank Name: | The Bank of New York Mellon |
| | MINNIS, HELEN M. | | Account: | 9200-******79-65 - Money Market Account |
| Taxpayer ID #: | **-***5944 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/27/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7965 | Wire in from JPMorgan Chase Bank, N.A. account ********7965 | 9999-000 | 107,273.92 | | 107,273.92 |
| 04/08/10 | 11001 | Gloria Longest | Payment of accountant for preparation of tax returns per court order<br>Stopped on 04/08/10 | 3410-000 | | 500.00 | 106,773.92 |
| 04/08/10 | 11001 | Gloria Longest | Payment of accountant for preparation of tax returns per court order<br>Stopped: check issued on 04/08/10 | 3410-000 | | -500.00 | 107,273.92 |
| 04/08/10 | 11002 | US Treasury-IRS | Payment of federal tax due on tax return | 2810-000 | | 3,029.00 | 104,244.92 |
| 04/21/10 | 11003 | Gloria Longest | Preparation of tax returns per court order | 3410-000 | | 500.00 | 103,744.92 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.03 | | 103,749.95 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 6.17 | | 103,756.12 |
| 06/17/10 | 11004 | Builders Heating & Cooling | Payment for emergency gas repair per court order | 2990-000 | | 389.00 | 103,367.12 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.96 | | 103,373.08 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 6.15 | | 103,379.23 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 6.14 | | 103,385.37 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.54 | | 103,387.91 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.63 | | 103,390.54 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.54 | | 103,393.08 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.63 | | 103,395.71 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.63 | | 103,398.34 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.37 | | 103,400.71 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.63 | | 103,403.34 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 107,321.34 | 3,918.00 | $103,403.34 |
| Less: Bank Transfers | | 107,273.92 | 0.00 | |
| Subtotal | | 47.42 | 3,918.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $47.42 | $3,918.00 | |

{} Asset reference(s)  Printed: 04/27/2011 04:07 PM   V.12.56

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-22335 |
| Case Name: | MINNIS, JAMES A. |
| | MINNIS, HELEN M. |
| Taxpayer ID #: | **-***5944 |
| Period Ending: | 04/27/11 |

| | |
|---|---|
| Trustee: | MICHAEL G. BERLAND (520196) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******79-66 - Checking Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****79-65 | 107,273.92 | 0.00 | 0.00 |
| Checking # ***-*****79-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******79-65 | 47.42 | 3,918.00 | 103,403.34 |
| Checking # 9200-******79-66 | 0.00 | 0.00 | 0.00 |
| | $107,321.34 | $3,918.00 | $103,403.34 |

() Asset reference(s)   Printed: 04/27/2011 04:07 PM   V.12.56

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-22335
Case Name: MINNIS, JAMES A.
Trustee Name: MICHAEL G. BERLAND

**Balance on hand:** $ 103,403.34

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 103,403.34

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 8,616.07 | 0.00 | 8,616.07 |
| Trustee, Expenses - MICHAEL G. BERLAND | 80.00 | 0.00 | 80.00 |

Total to be paid for chapter 7 administration expenses: $ 8,696.07
Remaining balance: $ 94,707.27

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 94,707.27

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 94,707.27

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 100,480.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 94.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2U | Chase Equipment Leasing, Inc. | 39,520.74 | 0.00 | 37,250.03 |
| 3 | JPMorgan Chase Bank, N.A. | 60,959.76 | 0.00 | 57,457.24 |

Total to be paid for timely general unsecured claims: $ 94,707.27
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 09-22335-BWB
James A. Minnis                                                 Chapter 7
Helen M. Minnis
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley            Page 1 of 1            Date Rcvd: May 20, 2011
                              Form ID: pdf006         Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2011.
db/jdb     +James A. Minnis,    Helen M. Minnis,    14 Shore Court,    Oswego, IL 60543-9277
aty        +John S Biallas,    John S. Biallas, Attorney At Law,     3N918 Sunrise Lane,
             St Charles, IL 60174-5081
aty        +Steven T Mann,    Law Office of Steven T Mann,    32114 Village Green Blvd,
             Warrenville, IL 60555-5906
tr         +Michael G Berland,    1 N LaSalle St, No.1775,    Chicago, IL 60602-4065
14065652   +Chase Bank at Crowley & Lanb PC,    350 N LaSalle St Ste 900,    Chicago, IL 60654-5136
14891251   +Chase Equipment Leasing, Inc.,    William J Hurley III Esq,    Crowley and Lamb PC,
             350 N LaSalle St Ste 900,    Chicago IL 60654-5136
14891302   +JPMorgan Chase Bank, N.A.,    William J Hurley III Esq,    Crowley and Lamb PC,
             350 N LaSalle St Ste 900,    Chicago IL 60654-5136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14065654    +E-mail/Text: collections@earthmovercu.com May 20 2011 22:43:45      Earthmover Credit Union,
             PO BOX 2937,   Aurora, IL 60507-2937
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Steven T Mann,   Law Office of Steven T Mann
14891339        Chase Equipment Leasing, Inc.
14065653   ##+David and Norma Minnis,    34 Aldon Road,   Montgomery, IL 60538-1924
                                                                                    TOTALS: 2, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.


Date: May 22, 2011              Signature:    _____