# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: MINNIS, JAMES A. | § | Case No. 09-22335 |
| MINNIS, HELEN M. | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $1,500.00
*(without deducting any secured claims)*

Assets Exempt:  $320,359.03

Total Distribution to Claimants: $94,713.00

Claims Discharged
Without Payment:  $5,767.50

Total Expenses of Administration:  $12,614.07

3) Total gross receipts of $ 107,327.07  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2** ), yielded net receipts of $107,327.07 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $237,000.00 | $117,778.64 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 12,614.07 | 12,614.07 | 12,614.07 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 100,480.50 | 100,480.50 | 94,713.00 |
| **TOTAL DISBURSEMENTS** | $237,000.00 | $230,873.21 | $113,094.57 | $107,327.07 |

4)  This case was originally filed under Chapter 7 on June 19, 2009. The case was pending for 28 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/15/2011           By:  /s/MICHAEL G. BERLAND
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Independent Order of Foresters insurance-schedu | 1129-000 | 53,443.04 |
| Independent Order of Foresters-schedul | 1129-000 | 53,819.67 |
| Interest Income | 1270-000 | 64.36 |
| **TOTAL GROSS RECEIPTS** | | $107,327.07 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Earthmover Credit Union | 4110-000 | N/A | 14,778.64 | 0.00 | 0.00 |
| 2S | Chase Equipment Leasing, Inc. | 4110-000 | N/A | 103,000.00 | 0.00 | 0.00 |
| NOTFILED | Earthmover Credit Union | 4110-000 | 17,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank @ Crowley & Lanb PC | 4110-000 | 220,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $237,000.00 | $117,778.64 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 8,616.07 | 8,616.07 | 8,616.07 |
| MICHAEL G. BERLAND | 2200-000 | N/A | 80.00 | 80.00 | 80.00 |
| US Treasury-IRS | 2810-000 | N/A | 3,029.00 | 3,029.00 | 3,029.00 |
| Gloria Longest | 3410-000 | N/A | 500.00 | 500.00 | 500.00 |
| Builders Heating & Cooling | 2990-000 | N/A | 389.00 | 389.00 | 389.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 12,614.07 | 12,614.07 | 12,614.07 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | Chase Equipment Leasing, Inc. | 7100-000 | N/A | 39,520.74 | 39,520.74 | 37,252.28 |
| 3 | JPMorgan Chase Bank, N.A. | 7100-000 | N/A | 60,959.76 | 60,959.76 | 57,460.72 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 100,480.50 | 100,480.50 | 94,713.00 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Case Number: 09-22335

Case Name: MINNIS, JAMES A.
MINNIS, HELEN M.

Period Ending: 11/15/11

Trustee:        (520196)    MICHAEL G. BERLAND

Filed (f) or Converted (c):  06/19/09 (f)

§341(a) Meeting Date:  08/17/09

Claims Bar Date:  12/31/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 14 Shore Court,Oswego, Ilinois-scheduled | 150,000.00 | 0.00 | | 0.00 | FA |
| 2 | 7 N. Jessie, Joliet-scheduled<br>  The Trustee determined there was not suffcient<br>  equity to sell this property | 145,000.00 | 0.00 | | 0.00 | 0.00 |
| 3 | Money market Earthmovers-scheduled | 4,192.78 | 0.00 | | 0.00 | FA |
| 4 | Savings Earthmvoers-scheduled | 3,062.36 | 0.00 | | 0.00 | FA |
| 5 | Earthmovers-scheduled<br>  Husband's pension money. | 16,518.03 | 0.00 | | 0.00 | FA |
| 6 | Debtor's savings-scheduled | 25.51 | 0.00 | | 0.00 | FA |
| 7 | Earthmovers-money market-scheduled<br>  Deposit of pension checks | 3,086.63 | 0.00 | | 0.00 | FA |
| 8 | Housheold goods-scheduled | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | Independent Order of Foresters insurance-schedu | 55,000.00 | Unknown | | 53,443.04 | FA |
| 10 | Independent Order of Foresters-schedul | 55,000.00 | Unknown | | 53,819.67 | FA |
| 11 | Morgan Stanley retirement-scheduled | 44,301.00 | 0.00 | | 0.00 | FA |
| 12 | Morgan Stnley IRA-secheduled | 63,426.00 | 0.00 | | 0.00 | FA |
| 13 | Bell labs pensionscheduled | 949.96 | 0.00 | | 0.00 | FA |
| 14 | Caterpillar pension-scheduled | 997.76 | 0.00 | | 0.00 | FA |
| 15 | Morgan Stanley retirement-scheduled | 175,049.00 | 0.00 | | 0.00 | FA |
| 16 | Potential cause of action JP Morgan Chase-sched | Unknown | 0.00 | | 0.00 | 0.00 |
| 17 | Cause of actionJohn Ruddy-scheduled | Unknown | 0.00 | DA | 0.00 | FA |
| 18 | 2002 Ford Excursion-scheduled | 5,000.00 | 0.00 | | 0.00 | FA |
| 19 | 1996 ford pick up-scheduled | 2,000.00 | 0.00 | | 0.00 | FA |
| 20 | 1973 Ford Mustang-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 21 | 1973 Ford Maverick-scheduled | 250.00 | 0.00 | | 0.00 | FA |
| 22 | 1999 trailer-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 23 | Tools and equipment-scheduled | 1,500.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 64.36 | Unknown |

Exhibit 8

Page:  2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 09-22335 | **Trustee:**        (520196)    MICHAEL G. BERLAND |
| **Case Name:**    MINNIS, JAMES A. | **Filed (f) or Converted (c):**  06/19/09 (f) |
|                MINNIS, HELEN M. | **§341(a) Meeting Date:**    08/17/09 |
| **Period Ending:** 11/15/11 | **Claims Bar Date:**    12/31/09 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)**<br>**DA=§554(c)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| **24** | **Assets**    **Totals** (Excluding unknown values) | $728,359.03 | $0.00 | | $107,327.07 | $0.00 |

**Major Activities Affecting Case Closing:**

    The Trustee hired special counsel to prosecute certain appeals, but the appeals were unsuccesful. The Trustee determined that certian real estate could not be sold after employing a broker. The Trustee liquidated certain insurance policies and filed tax returns.

**Initial Projected Date Of Final Report (TFR):**        December 31, 2013        **Current Projected Date Of Final Report (TFR):**        December 31, 2013

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-22335 |
| Case Name: | MINNIS, JAMES A. |
| | MINNIS, HELEN M. |
| Taxpayer ID #: | **-***5944 |
| Period Ending: | 11/15/11 |

| | |
|---|---|
| Trustee: | MICHAEL G. BERLAND (520196) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****79-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/14/10 | {9} | Foresters | Payment from insurance policy | 1129-000 | 53,443.04 | | 53,443.04 |
| 01/14/10 | {10} | Foesters | Payment from liqudiation of insurance policy | 1129-000 | 53,819.67 | | 107,262.71 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.60 | | 107,264.31 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 4.08 | | 107,268.39 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 4.81 | | 107,273.20 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.72 | | 107,273.92 |
| 04/06/10 | | Wire out to BNYM account 9200******7965 | Wire out to BNYM account 9200******7965 | 9999-000 | -107,273.92 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -107,273.92 | 0.00 | |
| Subtotal | 107,273.92 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $107,273.92 | $0.00 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-22335 |
| Case Name: | MINNIS, JAMES A. |
| | MINNIS, HELEN M. |
| Taxpayer ID #: | **-***5944 |
| Period Ending: | 11/15/11 |

| | |
|---|---|
| Trustee: | MICHAEL G. BERLAND (520196) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****79-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | (No Transactions on File for this Period) | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Printed: 11/15/2011 04:00 PM   V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 09-22335 | |
| Case Name: | MINNIS, JAMES A. | |
| | MINNIS, HELEN M. | |
| Taxpayer ID #: | **-***5944 | |
| Period Ending: | 11/15/11 | |

| | |
|---|---|
| Trustee: | MICHAEL G. BERLAND (520196) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******79-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7965 | Wire in from JPMorgan Chase Bank, N.A. account ********7965 | 9999-000 | 107,273.92 | | 107,273.92 |
| 04/08/10 | 11001 | Gloria Longest | Payment of accountant for preparation of tax returns per court order<br>Stopped on 04/08/10 | 3410-000 | | 500.00 | 106,773.92 |
| 04/08/10 | 11001 | Gloria Longest | Payment of accountant for preparation of tax returns per court order<br>Stopped: check issued on 04/08/10 | 3410-000 | | -500.00 | 107,273.92 |
| 04/08/10 | 11002 | US Treasury-IRS | Payment of federal tax due on tax return | 2810-000 | | 3,029.00 | 104,244.92 |
| 04/21/10 | 11003 | Gloria Longest | Preparation of tax returns per court order | 3410-000 | | 500.00 | 103,744.92 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 5.03 | | 103,749.95 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 6.17 | | 103,756.12 |
| 06/17/10 | 11004 | Builders Heating & Cooling | Payment for emergency gas repair per court order | 2990-000 | | 389.00 | 103,367.12 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 5.96 | | 103,373.08 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 6.15 | | 103,379.23 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 6.14 | | 103,385.37 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.54 | | 103,387.91 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.63 | | 103,390.54 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.54 | | 103,393.08 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.63 | | 103,395.71 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.63 | | 103,398.34 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.37 | | 103,400.71 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.63 | | 103,403.34 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.54 | | 103,405.88 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.63 | | 103,408.51 |
| 06/21/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.56 | | 103,409.07 |
| 06/21/11 | | To Account #9200******7966 | Transfer for prupose of final distribution | 9999-000 | | 103,409.07 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 107,327.07 | 107,327.07 | $0.00 |
| Less: Bank Transfers | 107,273.92 | 103,409.07 | |
| **Subtotal** | **53.15** | **3,918.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$53.15** | **$3,918.00** | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 09-22335 | |
| Case Name: | MINNIS, JAMES A. | |
| | MINNIS, HELEN M. | |
| Taxpayer ID #: | **-***5944 | |
| Period Ending: | 11/15/11 | |

| | |
|---|---|
| Trustee: | MICHAEL G. BERLAND (520196) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******79-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/21/11 | | From Account #9200******7965 | Transfer for prupose of final distribution | 9999-000 | 103,409.07 | | 103,409.07 |
| 06/28/11 | 10101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $80.00, Trustee Expenses;  Reference: | 2200-000 | | 80.00 | 103,329.07 |
| 06/28/11 | 10102 | MICHAEL G. BERLAND | Dividend paid 100.00% on $8,616.07, Trustee Compensation;  Reference: | 2100-000 | | 8,616.07 | 94,713.00 |
| 06/28/11 | 10103 | Chase Equipment Leasing, Inc. | Dividend paid  94.26% on $39,520.74; Claim# 2U; Filed: $39,520.74; Reference: | 7100-000 | | 37,252.28 | 57,460.72 |
| 06/28/11 | 10104 | JPMorgan Chase Bank, N.A. | Dividend paid  94.26% on $60,959.76; Claim# 3; Filed: $60,959.76; Reference: | 7100-000 | | 57,460.72 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 103,409.07 | 103,409.07 | $0.00 |
| Less: Bank Transfers | 103,409.07 | 0.00 | |
| **Subtotal** | 0.00 | 103,409.07 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $103,409.07 | |

| | |
|---|---|
| Net Receipts : | 107,327.07 |
| Net Estate : | $107,327.07 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****79-65** | 107,273.92 | 0.00 | 0.00 |
| **Checking # ***-*****79-66** | 0.00 | 0.00 | 0.00 |
| **MMA # 9200-******79-65** | 53.15 | 3,918.00 | 0.00 |
| **Checking # 9200-******79-66** | 0.00 | 103,409.07 | 0.00 |
| | $107,327.07 | $107,327.07 | $0.00 |